FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 21 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Melbourne Dazen Jr.,<br><br>　　　　　Defendant. | NO.　CR-17-08288-PCT-SPL(MHB)<br><br>**INDICTMENT**<br><br>VIO:<br>18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR: Assault with a Dangerous Weapon)<br>Count 1<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR: Assault Resulting in Serious Bodily Injury)<br>Count 2 |

THE GRAND JURY CHARGES:

**COUNT 1**

On or about April 15, 2017, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, MELBOURNE DAZEN JR., an Indian, intentionally and knowingly assaulted T.T., with a dangerous weapon, a baseball bat, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

**COUNT 2**

On or about April 15, 2017, in the District of Arizona, within the confines of the Fort Apache Indian Reservation, Indian Country, the defendant, MELBOURNE DAZEN JR., an Indian, intentionally, knowingly, and recklessly assaulted T.T., resulting in serious

bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date: November 21, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

_s/_
ANTHONY W. CHURCH
Assistant U.S. Attorney