**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-08288-PCT-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Melbourne Dazen, Jr., | |
| Defendant. | |

On March 22, 2022, Defendant appeared before this Court for a Detention and Preliminary Revocation Hearing on the Petition for Revocation of Supervised Release (Doc. 61). The matter was taken under advisement.

With regard to the Preliminary Revocation Hearing, Defendant's Motion to Strike Allegation A1 is denied. The Court has considered the testimony of Senior U.S. Probation Officer Joseph Wagoner and all the information presented. The Court finds the government has met its burden of proof and probable cause exists that Allegations A1 and A2 were committed, and that the defendant committed Allegations A1 and A2.

With regard to the Detention Hearing, the Court has considered the proffers of counsel. The Court finds that the Defendant has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

///

**IT IS ORDERED** that Defendant shall be detained pending further proceedings in this matter.

**IT IS FURTHER ORDERED** setting an Admit/Deny Hearing for **April 1, 2022 at 2:30 p.m.** before Magistrate Judge John Z. Boyle in Courtroom 302 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 22nd day of March, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge